**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| **SENECA LAMBRONE LEE, a.k.a.,** ) <br> **Reverend Holy Pimptricks,** ) <br> ) <br>           **Plaintiff,** ) <br> **vs.** ) <br> ) <br> **AMERICA,** ) <br> ) <br>           **Defendant.** ) | **No. 1:15-CV-00193-P-BL** |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Report and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

As recommended by the Magistrate Judge, the Court **DISMISSES** this action as factually frivolous and monetarily **SANCTIONS** Plaintiff Seneca Lambrone Lee ("Lee") in the amount of $500.00. He shall pay that sanction and provide proof of payment before filing any new civil action in the Northern District of Texas. This sanction supplements any other prior sanction imposed against Lee, including the filing prohibition imposed in No. 1:15-CV-0003-P (prohibiting Lee "from filing any new civil right complaints in this Court or any other court that is removable or transferable to this Court without first obtaining leave of the Court through proper motion for leave"). In the event that the Court receives a new civil action from Lee (whether directly or indirectly through removal or transfer) without the requisite proof of payment or proper motion for leave, the **Clerk of Court is DIRECTED** to docket the filing for administrative purposes only and to immediately close the case, after placing a copy of this order in the case file. The Court will not otherwise

address or acknowledge new cases that are unaccompanied by a motion for leave or that do not show proof that the monetary sanction has been paid.

    **SIGNED this 13th day of January, 2016.**

                                           **JORGE A. SOLIS**
                                           **UNITED STATES DISTRICT JUDGE**